```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                      -v-                                     :
                                                              :
                                                              :
    RAY EDUARDO                                               :
                                                              :
                            Defendant.                        :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2023

1:22-cr-522-GHW-10

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding is scheduled in this matter with respect to defendant Ray Eduardo on December 6, 2023 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 30, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge